# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 21, 2006

130788

PABLO GUTIERREZ ROMERO,
     Plaintiff-Appellee,

v

BURT MOEKE HARDWOODS, INC., and
ACCIDENT FUND INSURANCE COMPANY
OF AMERICA,
     Defendants-Appellants.

_____/

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 130788
COA: 264909
WCAC: 04-000042

On order of the Court, the application for leave to appeal the February 13, 2006 order of the Court of Appeals is considered and, pursuant to MCR 7.302(G)(1), we REMAND this case to the Court of Appeals for consideration as on leave granted.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 21, 2006

_____
Clerk

t0614